THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS BIRENBAUM, Appellant.— Judgment of the County Court of Kings county affirming a judgment of conviction of the City Magistrates' Court affirmed. No opinion. Thomas, Mills, Putnam, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES E. MARTENS, Relator, v. HERBERT S. SISSON, Commissioner of Excise of the State of New York, and Another, Respondents.— Writ sustained, and determination of the Commissioner of Excise, in so far as the same imposes a tax upon sales of liquor to other certificate holders, annulled, and in all other respects confirmed, without costs to either party. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred. Order to be settled before Mr. Justice Jaycox.

IGNAZIO RAIA, as Administrator, etc., of ANGELA RAIA, Deceased, Respondent, v. HARLAM E. LINEHAN, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disb ursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

TIMOTHY SHEA, Respondent, v. SAMUEL GOLD and THOMAS WEISSMAN, Appellants.— Judgment and order of the County Court of Dutchess county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich Blackmar and Jaycox, JJ.

WALTER L. SMITH, Respondent, v. JOHN H. K. BLAUVELT, Individually and as Executor, etc., and Another, Defendants. NELLIE BLAUVELT and Others, Appellants.— The provisions in Mrs. Eliza Blauvelt's will directing her executors to let her real estate, and from the rents to pay in their discretion certain claims against the estate of her husband, N. Lansing Blauvelt, did not vest title in the executors so as to prevent the devisees from bringing this partition suit. No defect of parties defendant appears. The interlocutory judgment overruling defendants' demurrer is, therefore, affirmed, with costs. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

HELENA DAY SNYDER, Appellant, v. LOUIS J. SNYDER, Individually and as Trustee, etc., and Others, Respondents.— Order modified by striking therefrom the direction that Helena Day Snyder pay the damages therein mentioned to Louis J. Snyder, as trustee defendant, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

ANGELO SORIANO, Respondent, v. WATERBURY COMPANY, Appellant.— Order affirmed, with the modification that a new complaint should be served, showing the nature of the ownership by husband and wife, with leave to serve an amended answer thereto. With such modification the affirmance is without costs. No opinion. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

SYNTHETIC CHEMICAL COMPANY, INC., Appellant, v. OHIO FARMERS INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.